Case No:    10-37770

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT Of ILLINOIS

CHICAGO Division

| | | | |
|---|---|---|---|
| In re: | THOMAS EDWARD WIESBROCK | Case No: | 10-37770 |
| | LESLYE ANN Wiesbrock | Chapter: | 13 |

Property Address:    2 S 555 WILLIAMS ROAD  WARRENVILLE, IL 60555

Last four digits of any number you use to identify the debtor's account:    6258

Court Claim No. (if known)    n/a

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-D**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated   4/12/2012   and filed as Docket No. **36**

### Pre-Petition Default Payments     Applicable option is checked.

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:    **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments     Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[✓] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:    **$1,169.82**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor

☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X _____  X  5/1/12
       Signature                     Date (MM/DD/YYYY)

First Name: Maurice      Middle Name:           Last Name: Hinton
Title: Bankruptcy Manager
Company: Robertson Anschutz + Schneid, PL
Address: 3010 N. Military Trl, Ste 300
City: Boca Raton      State: FL      Zip: 33431
Phone:

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
| --- | --- | --- |
| 09/25/11 | 4/12/2012 | $142.58 |
| 10/25/11 | 4/12/2012 | $144.85 |
| 11/25/11 | 4/12/2012 | $149.68 |
| 12/25/11 | 4/12/2012 | $144.85 |
| 01/25/12 | 4/12/2012 | $149.68 |
| 02/25/12 | 4/12/2012 | $149.27 |
| 03/25/12 | 4/12/2012 | $139.64 |
| 04/25/12 | 4/12/2012 | $149.27 |

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Statement in Response to Notice of Final Cure Payment was served electronically and/or by U.S. mail, first-class postage prepaid, to:

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Alex Wilson
Geraci Law L.L.C
55 E. Monroe St., Suite #3400
Chicago, IL 60603

Thomas Edward Wiesbrock
Leslye Ann Wiesbrock
2 S 555 Williams Road
Warrenville, IL 60555

                      Respectfully submitted,

                      Robertson, Anschutz and Schneid, P.L.
                      Attorneys for Secured Creditor
                      3010 North Military Trail, Suite 300
                      Boca Raton, Florida 33431
                      Phone: (561) 241-6901 ext 1246
                      Fax: (561) 241-9181

                      _____
                      Maurice Hinton, Esq.
                      Florida Bar No. 26215

12-05387